### N. W. WARD ET AL. *v.* A. J. SCOTT.

1. SUPREME COURT. *Jurisdiction. Amount in controversy.*
   Under Code 1871, § 1334, the Supreme Court has no jurisdiction of a writ of error in a case where the Circuit Court on appeal from a justice of the peace renders judgment against the defendant for less than fifty dollars, although the plaintiff recovered a larger judgment before the magistrate.

2. SAME. *Costs.*
   Costs are not to be estimated in determining the question of jurisdiction.

MOTION to dismiss a writ of error to the Circuit Court of Tate County for want of jurisdiction.

The justice of the peace, before whom an action of trover for sixty-nine dollars damages for the conversion of a bale of cotton was brought, rendered judgment for sixty-four dollars against the defendants, N. W. Ward and others, who appealed to the Circuit Court, where a judgment for thirty-eight dollars damages and twenty dollars costs was rendered against them.

*Nugent & McWillie*, for the motion.

Under Code 1871, § 1334, this court has no jurisdiction. The amount now in controversy is that of the judgment of the Circuit Court, to which the writ of error is taken by the defendants, exclusive of costs. *New Orleans Railroad* v. *Evans*, 49 Miss. 785 ; *Jackson* v. *Whitfield*, 51 Miss. 202.

*Shands & Johnson, contra.*

The statute refers to the amount in controversy in the Justice's Court. *Champenois* v. *Fort*, 45 Miss. 355; *Prewett* v. *Nash*, 50 Miss. 584. The costs make the Circuit Court judgment exceed fifty dollars. *Planters' Bank* v. *Coulson*, 6 How. 395.

CAMPBELL, J., delivered the opinion of the court.

The amount in controversy in this case does not exceed fifty dollars. The judgment of the Circuit Court which is sought to be reversed is for less than that sum. The error complained of is, not that a sum greater than fifty dollars was claimed in the suit, but that the judgment rendered is erroneous. The matter complained of is the subject of controversy, and that is the judgment, and its amount is less than fifty dollars. The judgment could have been paid and extinguished by an amount less than fifty dollars. Where that is the case no writ of error lies to the judgment of a Circuit Court in a case appealed from the judgment of a justice of the peace. Code 1871, § 1334. Costs are not to be estimated, because they are not of the amount in controversy, but are only an incident to the controversy.

*Motion sustained.*